908

No. 463, Misc. PRICE *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. *Aaron E. Koota* and *Frank DiLalla* for respondent.

No. 520, Misc. PERRY ET AL. *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied. *James R. Willis* for petitioners. *John T. Corrigan* and *Harvey R. Monck* for respondent.

No. 593, Misc. LISCIANDRELLO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 642, Misc. SCHMIDT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 646, Misc. DOMDOM *v.* ADMINISTRATOR OF VETERANS ADMINISTRATION. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 697, Misc. PINKNEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 765, Misc. CUNNINGHAM *v.* MARYLAND. Ct. App. Md. Certiorari denied. *Elsbeth Levy Bothe* for petitioner. *Francis B. Burch,* Attorney General of Maryland, and *Lewis A. Noonberg,* Assistant Attorney General, for respondent.